**Order entered January 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00213-CV

## MICHAEL DWAIN WILLIAMS, Appellant

### V.

## LUPE VALDEZ, SHERIFF, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09709**

## ORDER

Before the Court is appellant's January 15, 2019 "request to order trial court clerk to supplement clerk's record as properly and timely sought by appellant." Appellant seeks to have filed a supplemental clerk's record containing certain cover letters he asserts are "relevant . . . [to] support a claim for unconstitutional interference with access to courts by the trial court clerk." Appellant asserts he asked the trial court clerk to supplement the record by letter dated December 6, 2018, and, as of this date, the supplemental record has not been filed. A copy of the December 6th letter was received by this Court December 11, 2018.

We **GRANT** the request and **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than January 28, 2019, a supplemental clerk's record containing a copy of the cover

letters itemized in the December letter, which is attached. If any of the requested items cannot be located, Ms. Pitre shall state so in writing.

We **DIRECT** the Clerk of the Court to send a copy of this order and December letter to Ms. Pitre and all parties.

/s/    BILL WHITEHILL
        JUSTICE